IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES KLEIN, | ) | |
| | ) | Case No.: |
| Plaintiff, | ) | |
| | ) | Judge: |
| v. | ) | |
| | ) | Magistrate Judge: |
| NEWLY WEDS FOODS, INC., | ) | |
| | ) | **Jury Trial Demanded** |
| Defendant. | ) | |

## COMPLAINT

Now comes the Plaintiff, JAMES KLEIN, by his attorneys, MARK D. DEBOFSKY, MARTINA SHERMAN, and DEBOFSKY & ASSOCIATES, P.C., and complaining against the Defendant, states:

## NATURE OF THE ACTION

1.      This is a claim alleging discrimination in employment on account of age brought by Plaintiff seeking to redress alleged violations of his rights under the Age Discrimination in Employment Act, 29 U.S.C. Sec. 621, *et seq.* ("ADEA").  Plaintiff seeks back pay, front pay as appropriate, compensatory damages, punitive damages, attorney's fees, and costs.

## JURISDICTION AND VENUE

2.      This case arises under the laws of the United States of America, in particular ADEA, 29 U.S.C. Sec. 621, *et seq.*

3.      The jurisdiction of this Court is invoked pursuant to the provisions of ADEA, 29 U.S.C. § 626(c), and the general civil rights jurisdictional provisions of 28 U.S.C. § 1343(a)(3)-(4).

4.　　Venue is appropriate in this judicial district pursuant to 28 U.S.C. § 1391(b) because the Defendant resides here, and a substantial part of the events giving rise to this Complaint occurred here.

## PARTIES

5.　　Plaintiff, James Klein ("Klein") is and was at all times relevant hereto a citizen and resident of Elm Grove, Waukesha County, Wisconsin.  At all relevant times, Plaintiff was an "employee" within the meaning of ADEA, 29 U.S.C. § 630(f).

6.　　At all relevant times hereto, Plaintiff was at least 40 years of age and was thus eligible for protection under ADEA.  See 29 U.S.C. § 631.

7.　　Defendant, Newly Weds Foods, Inc. ("Newly Weds Foods"), is a Delaware corporation licensed and doing business in the City of Chicago, State of Illinois.

8.　　At all relevant times, Defendant employed 15 or more employees and is and was an employer as defined by the ADEA, 29 U.S.C. § 630(b).

## PROCEDURAL BACKGROUND

9.　　On September 10, 2015, Klein timely filed a Charge of Discrimination against Defendant with the U.S. Equal Employment Opportunity Corporation ("EEOC"), in which he alleged that he had been discriminated against on the basis of his age.  A true and correct copy of Plaintiff's Charge of Discrimination is attached hereto as Exhibit A.  Said Charge of Discrimination was also dually filed with the Illinois Department of Human Rights ("IDHR").

10.　　On or about June 24, 2016, the EEOC issued a Notice of Right to Sue to Klein and notified him that he had ninety (90) days in which to file a civil suit based on his Charge of Discrimination.  A true and correct copy of the said Notice of Right to Sue attached hereto as Exhibit B.

11.     Klein has filed this action within 90 days of his receipt of the Notice of Right to Sue as required under the ADEA.

## FACTUAL ALLEGATIONS

12.     Defendant is a producer of batters, breading, coatings, spices, and seasonings to the processed food industry.

13.     Prior to his employment with Defendant, Klein had been successfully employed in the food research and development industry since 1979 and has acquired both academic credentials and significant experience in food research and development, data processing, and business administration.

14.     In November 1997, Klein was hired by Newly Weds Foods as Director of Product Development, Seasonings.

15.     During his tenure at Newly Weds Foods, Klein was consistently promoted, eventually rising to the rank of Director, Research & Development – Innovation, Raw Materials & Flavor Technology.  In that role, he managed a team of six professionals and three assistants.

16.     Throughout his 18 years of employment with Newly Weds Foods, Klein worked tirelessly to improve efficiency, standardize procedures, and eliminate redundancies and waste. Among his many accomplishments, he created the Raw Material Technology Group, which gathered technical information regarding all purchased raw ingredients with an emphasis on cost savings and consolidation, resulting in a cost savings to Newly Weds Foods of more than $4 million annually.

17.     Klein also oversaw the development of computer software to integrate project tracking, formulation development, sales reporting, and costing interactions.  To further those efforts, Klein obtained a Master's Degree in Computer Information Systems from Northwestern

University while working for Defendant on his own time and incurred personal expenses in so-doing.

18.     Throughout his employment with Defendant, Klein's performance met or exceeded Defendant's legitimate expectations.

19.     In 2015, Newly Wed Foods hired a new vice president, Dirk Beekman, to assume to role of Charles Lynn Theiss, who was scheduled to retire the following year.

20.     In March 2015, Beekman notified Klein that his job duties and three of his six direct reports were being reassigned to Kendle Gorski, a senior scientist from the Seasoning Research & Development Group.  Gorski is a much younger and far less experienced employee who was promoted to a manager level position after five years of employment, even though it had been a longstanding corporate policy at Newly Weds Foods to only promote to the manager level employees possessing at least 10 years of experience at the company.

21.     At that time, Beekman told Klein he would assume supervision of basic research responsibilities and interaction with Marketing in New Product innovation, along with responsibilities relating to troubleshooting manufacturing issues as well as other assigned duties commensurate with his skills and experience.

22.     Beekman also told Klein that in June 2015 he would continue to have a role with Newly Weds Foods after a planned company reorganization, although no specific timeframe for the reorganization was ever announced.

23.     On August 28, 2015, Klein was called into a meeting with Beekman and Bert Rodriguez, Human Resources Director, and was abruptly terminated without any prior warning or indication that his job was in jeopardy and despite prior assurances of continued employment.

## COUNT I

4

## AGE DISCRIMINATION IN VIOLATION OF THE AGE DISCRIMINATION IN EMPLOYMENT ACT

24.     Plaintiff incorporates by reference paragraphs 1-23 as though fully set forth herein.

25.     After his termination, Klein's duties were assumed by at least one substantially younger, less qualified individual.

26.     Defendant, acting by and through its agents during the course of and within the scope of their employment and/or agency, by the conduct alleged above, intentionally discriminated against Klein on account of his age in violation of the ADEA.

27.     By terminating Plaintiff's employment without warning and by replacing Plaintiff with at least one younger, less qualified employee, Defendant knew and/or showed reckless disregard for the matter of whether its conduct complained of above was prohibited by the ADEA.

28.     As a result of the acts complained of herein, Klein has suffered loss of employment, wages, compensation, and benefits; and has been unable to mitigate his losses despite extensive efforts to find suitable employment.

WHEREFORE, Plaintiff prays for judgment in favor and against Defendant as follows:

(a)     that a finding be entered that Defendant intentionally discriminated against Plaintiff because of his age, in violation of the ADEA;

(b)     that Plaintiff be awarded all wages, benefits, and other compensation due to him as a result of Defendant's discriminatory conduct;

(c)     that Plaintiff be reinstated to his position or a comparable position; and, if reinstatement is not feasible, that the Court award Plaintiff front pay in lieu thereof;

(d)     that Plaintiff be awarded reasonable attorney's fees and costs;

(e)     that Plaintiff be awarded prejudgment interest;

(f)     that Plaintiff be awarded liquidated damages; and

(g)    that Plaintiff be awarded other such relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated:  August 11, 2016                                        Respectfully Submitted,


                                                              /s/ Mark D. DeBofsky_____
                                                              Attorney for Plaintiff
                                                              Mark D. DeBofsky


Mark D. DeBofsky
Martina B. Sherman
DeBofsky & Associates, P.C.
200 W. Madison St., Suite 2670
Chicago, IL 60606
(312) 561-4040
(312) 929-0309