**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMES KLEIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No: 1:16-cv-08035** |
| **vs.** | ) | |
| | ) | **The Honorable Maria Valdez** |
| **NEWLY WEDS FOODS, INC.,** | ) | **Presiding Magistrate Judge** |
| | ) | |
| **Defendants.** | ) | |

| | |
|---|---|
| **NEWLY WEDS FOODS, INC.,** | ) |
| | ) |
| **Defendant/Counter-Plaintiff,** | ) |
| **v.** | ) |
| | ) |
| **JAMES KLEIN,** | ) |
| | ) |
| **Plaintiff/Counter-Defendant.** | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Now comes the Plaintiff, James Klein, by and through his attorneys, DeBofsky, Sherman & Casciari P.C. and The Law Offices of Ruth I. Major, P.C., and for his Motion for Leave to File Under Seal, states as follows:

1. Mr. Klein recently filed a Motion to Compel in the above-referenced matter.

2. In support of that Motion, Mr. Klein seeks to attach Group Exhibit A, which contains documents which Defendant stamped as "Confidential" pursuant to the terms of the June 19, 2017 Agreed Confidentiality Order (Docket No. 33) in this matter.

3. Pursuant to Docket No. 33, Local Rule 26.2, and this Court's Standing Orders, Plaintiff seeks leave to file Group Exhibit A under seal.

4. Pursuant to Local Rule 26.2(c), an unredacted copy of Group Exhibit A will be provisionally filed, contemporaneously with this Motion for Leave to File Under Seal.

**WHEREFORE**, Plaintiff, James Klein, respectfully requests that this Honorable Court grant his Motion for Leave to File Under Seal and order that Group Exhibit A to Plaintiff's Motion to Compel can be filed under seal.

**Dated:** May 17, 2018

Respectfully Submitted,

**JAMES KLEIN**

/s/ Ruth I. Major
One of His Attorneys

Ruth I. Major (ARDC No. 6205049)
Daniel R. Broadwell (ARDC No. 6299177)
The Law Offices of Ruth I. Major, P.C.
30 West Monroe Street, Suite 1650
Chicago, Illinois 60603
Phone: (312) 893-7544
rmajor@major-law.com
dbroadwell@major-law.com

Mark D. DeBofsky (ARDC No. 3127892)
Martina B. Sherman (ARDC No. 6305531)
DeBofsky, Sherman & Casciari P.C.
200 West Madison Street, Suite 2670
Chicago, Illinois 60606
Phone: (312) 561-4040
mdebofsky@debofsky.com
msherman@debofsky.com

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff, James Klein, hereby certifies that on May 17, 2018, he caused a true and correct copy of the foregoing **Plaintiff's Motion for Leave to File Under Seal** to be served upon counsel for Defendants, via electronic filing with the Clerk of the Court using the CM/ECF system, at the addresses listed below:

Michael F. Braun
Ariane M. Janz
Howard & Howard Attorneys PLLC
200 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
Phone: (312) 456-3686
mbraun@howardandhoward.com
ajanz@howardandhoward.com

/s/ Daniel R. Broadwell

Ruth I. Major (ARDC No. 6205049)
Daniel R. Broadwell (ARDC No. 6299177)
The Law Offices of Ruth I. Major, P.C.
30 West Monroe Street, Suite 1650
Chicago, Illinois 60603
Phone: (312) 893-7544
rmajor@major-law.com
dbroadwell@major-law.com

Mark D. DeBofsky (ARDC No. 3127892)
Martina B. Sherman (ARDC No. 6305531)
DeBofsky, Sherman & Casciari P.C.
200 West Madison Street, Suite 2670
Chicago, Illinois 60606
Phone: (312) 561-4040
mdebofsky@debofsky.com
msherman@debofsky.com